# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ANTONIOUS DETON BURKE,
    Petitioner,

vs.                                                   Case No. 3:09cv415/WS/MD

STATE OF FLORIDA,
    Respondent.

---

## O R D E R

This cause is before the court upon petitioner filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 (doc. 1), and a motion to proceed *in forma pauperis* (doc. 2). Petitioner is currently incarcerated at Santa Rosa Correctional Institution in Milton, Florida. He challenges his 2005 criminal conviction entered by the Circuit Court of Seminole County, Florida. Pursuant to 28 U.S.C. § 2241(d), the court considers it to be in the interest of justice to transfer this case to the United States District Court for the Middle District of Florida, which is the district within which the state court was held which convicted and sentenced petitioner.[1]

Accordingly, it is therefore ORDERED:

The clerk shall transfer this case to the United States District Court for the Middle District of Florida.

DONE AND ORDERED this 17th day of September, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] With the exception of the signature page, the petition is identical to the one filed in this court on September 3, 2009. *Burke v. State of Florida*, Northern District Case Number 3:09cv392/LC/MD. That case was transferred to the Middle District on September 10, 2009, and assigned Case Number 6:09cv1559.