UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTONIOUS DETON BURKE,

    Petitioner,

v.                                                               Case No. 6:09-cv-1615-Orl-35GJK

STATE OF FLORIDA,

    Respondent.
_____/

## **ORDER OF DISMISSAL**

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. § 2254, and he is challenging a judgment of conviction for that was entered on March 23, 2005, by the Circuit Court in and for Seminole County, Florida. Petitioner presently has another habeas petition pending in this Court (case number 6:09-cv-1559-Orl-31GJK) in which he is challenging the same judgment of conviction. Case number 6:09-cv-1559-Orl-31GJK was filed prior to this case.

The Court determines that it is inappropriate and a duplication of the Court's efforts for Petitioner to have two pending habeas petitions in this Court challenging the same judgment of conviction. Petitioner will suffer no prejudice, and judicial economy will be better served, if this case is dismissed and if he is required to prosecute all of his claims challenging the March 23, 2005, conviction in case number 6:09-cv-1559-Orl-31GJK.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice to the right of Petitioner to challenge the March 23, 2005, conviction in case number 6:09-cv-1559-Orl-31GJK.

2. Any pending motions are **DENIED** as moot.

3. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 6th day of April 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 4/6
Antonious Deton Burke